ISM
UNIVERSITY | MILWAUKEE | BROOKFIELD

October 9, 2026

The Honorable Judith E. Levy
Judge, United States District Court
Eastern District of Michigan, Southern Division
200 E. Liberty Street, Ann Arbor, Michigan

RE: Ahmet Kerem Korkaya
Case No. 26-20306

Dear Honorable Judge Judith E. Levy:

I am writing you regarding the above referenced individual.

I am the Executive Director of a not-for-profit organization that operates three religious facilities and a full-time K4-12 school with over 1,500 students. Prior to the beginning of this school year, Mr. Korkaya accepted a full-time teaching position as a fifth grade science and math teacher for the 2026-2027 school year.

Mr. Korkaya was transparent with our administrative staff about his pending criminal case. As is required for all of our employees, our school also obtained a Department of Justice criminal background check of Mr. Korkaya. Based on the totality of information the school obtained about Mr. Korkaya, including his extensive educational background (MD-PhD student) and his impeccable record prior to the pending case, the administrative staff were exceptionally comfortable with Mr. Korkaya, did not feel that he would pose any risk to the students, and were certain that he would fulfill the teaching commitment for which he was being hired.

Since the start of the year, Mr. Korkaya has been doing a wonderful job, and he is well liked by the school administration and staff. He is also well liked by his students. While visiting the Elementary School a few weeks ago, I was speaking to Mr. Korkaya in the lobby of the school as students were arriving, and the number of his students who came up to Mr. Korkaya to shake his hand was really impressive.

I am reaching out to you to kindly request if (1) Mr. Korkaya can have his GPS device removed or limited to non-school hours and (2) if the curfew time for Mr. Korkaya can be extended to allow him to attend early morning prayer services, early school meetings as well as afternoon and evening extracurricular programs and events.

As a private, parochial school, we often depend on our school staff or community members to serve as coaches and mentors for our boys' and girls' sports and teams and extracurricular programs. Mr. Korkaya is serving as the 5th and 6th Grade Boys Soccer Coach and he is helping oversee the science club. He likely will be offered a middle school basketball coach position in a few months.

While scrimmaging against Mr. Korkaya, a number of student soccer players noted that he is wearing a "device" on his ankle and some students have even inadvertently hit the device during play. The device is also very noticeable when Mr. Korkaya leads the students in Muslim prayers (which involve prostration on the ground). Although Mr. Korkaya wears long pants, the device is still visible.

**Main Facility and Masjid * 4707 South 13TH Street * Milwaukee, WI 53221 * 414-282-1812**
**Brookfield Masjid * 16670 Pheasant Drive * Brookfield, WI 53005**
**University Center * 2223 E. Kenwood Boulevard * Milwaukee, WI 53203**
**www.ismonline.org**

ISM
UNIVERSITY | MILWAUKEE | BROOKFIELD

Your honor, I want to make it clear that if I, or anyone else associated with the administration of the school, felt that Mr. Korkaya was a danger to our students or if he posed *even a very slight risk* to our students, we would not allow him to be with our children. In fact. we find Mr. Korkaya to be exceptionally polite, reliable, committed to his job, and a real role model for his students.

Your honor, I worked as an attorney for more than two decades before assuming my position as Executive Director of the ISM. I am very confident that Mr. Korkaya is not a threat to anyone (in Michigan or Wisconsin) and is not a flight risk. I am respectfully asking the Court to adopt less restrictive measures.

Your kind consideration of our request would be sincerely appreciated.

Sincerely,

*Othman M. Atta*

Othman M. Atta
Executive Director, Islamic Society of Milwaukee & Salam School