UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 Zainab Aliasgar Hakim
(A/K/A "Z")
D-2 Amatullah Aliasgar Hakim
(A/K/A "A")
D-3 Paige Elizabeth Feyock
D-4 Ahmet Kerem Korkaya
(A/K/A "Met")
D-5 Jonathan Hongru Zou
D-6 Alexander Matthew Sepulveda
D-7 Mariam Muhammed Odeh
D-8 Colin Hunter Weger
(A/K/A "Beams"),

Defendants.

CRIMINAL NO. 26-20306

Honorable Judith E. Levy

---

**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL FIRST SUPERSEDING INDICTMENT AND ARREST WARRANTS**

For the reasons stated in the government's motion, it is ordered that the First Superseding Indictment and Arrest Warrants be unsealed.

**IT IS SO ORDERED.**

s/David R. Grand
HON. DAVID R. GRAND
United States Magistrate Judge

Entered: 10/30/26