UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 5:26−cr−20306−JEL−EAS
Hon. Judith E. Levy

Zainab Aliasgar Hakim, et al.,

Defendant(s),

# NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Zainab Aliasgar Hakim

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE: November 5, 2026 at 03:30 PM

**ADDITIONAL INFORMATION:** Pretrial Conference regarding [226] Emergency Motion to Revoke Bond

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: November 2, 2026