**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

Plaintiff,

v.

Ahmet Kerem Korkaya,

Defendant.

________________________________/

Case No. 26-cr-20306-04

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

**ORDER GRANTING DEFENDANT AHMET KEREM KORKAYA'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE [189]**

Before the Court is Defendant Ahmet Kerem Korkaya's motion to modify conditions of pretrial release. (ECF No. 189.) On November 3, 2026, the Court held a hearing and heard oral argument on Defendant's motion. For the reasons set forth on the record, Defendant's motion is GRANTED.

IT IS SO ORDERED.

Dated: November 5, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 5, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager