PS8
(01/24)

# United States District Court

for the

**Eastern District of Michigan**

U.S.A. vs. Ahmet Kerem Korkaya Docket No. 26-20306-004

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Rebecca Harla, Pretrial Services Officer, presenting an official report on defendant Ahmet Kerem Korkaya, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Kimberly G. Altman, sitting in the court at Detroit, Michigan, on June 15, 2026, under the following conditions:

1. Report, as directed, to Pretrial Services Agency.
2. Surrender any passport, enhanced identification, or any international travel documents immediately as directed to the supervising officer as directed.
3. Not obtain a passport, enhanced identification, or any international travel documents.
4. Travel restricted to the Eastern District of Wisconsin and Eastern District of Michigan for court purposes only, unless you have the previous consent of the pretrial services office, supervising officer, or the court.
5. Avoid all contact, directly or indirectly, including but not limited to: codefendants, any person who is or may become a victim.
6. Participate in location monitoring with curfew restricting defendant to residence daily from 8:00 PM to 8:00 AM daily, and comply with requirements.
7. Submit to Global Positioning Satellite (GPS) location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. You must pay all or pay of the cost of the program, including equipment loss or damage, based on your ability to pay as the pretrial services office or supervising officer determines.

On August 21, 2026, Your Honor signed an Order to Modify Bond, which amended the defendant's curfew to allow the defendant to remain outside of his home from 6:00 AM to 8:00 PM daily.

On October 21, 2026, a First Superseding Indictment was filed. The defendant is charged in Counts 3 and 5-8, with violation of Title 18 U.S.C. §§ 371, 875(c) – Conspiracy to Transmit Threats in Interstate and Foreign Commerce.

The defendant is scheduled to appear for Final Pretrial Hearing reset for 1/27/2027 02:00 PM before Your Honor.

**Respectfully presenting petition for action of court and for cause as follows**:

On November 3, 2026, the defendant appeared before Your Honor for an Arraignment on the above noted First Superseding Indictment and a Motion Hearing. Your Honor verbally granted the motion to amend the defendant's bond to remove the curfew and location monitoring conditions.

**PRAYING THAT THE COURT'S SIGNATURE HEREIN WILL DOCUMENT IN WRITTEN FORM THE REMOVAL OF THE FOLLOWING CONDITIONS:**

**Participate in location monitoring with curfew restricting defendant to residence daily from 8:00 PM to 6:00 AM, and comply with requirements.**

**Submit to Global Positioning Satellite (GPS) location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. You must pay all or pay part of the cost of the program, including equipment loss or damage, based on your ability to pay as the pretrial services office or supervising officer determines.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2026

Respectfully,

/s/Rebecca Harla

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: November 5, 2026

**THE COURT ORDERS:**

[ ] No Action

[X] Modification of Pretrial Conditions as Requested

[ ] Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ] The Issuance of a Warrant [check all that apply]

[ ] Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

[ ] Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ] Bond cancellation

[ ] The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ] A warrant be issued for the defendant's arrest and revocation of bond so that the defendant can begin serving his custodial sentence immediately.

ORDER OF COURT

Considered and ordered this 5th day

of November, 2026 and ordered filed and made a part of the records in the above case.

s/Judith E. Levy

Judith E. Levy
United States District Judge