UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 26-20306

Hon. Judith E. Levy

v.

D-1 ZAINAB ALIASGAR HAKIM
D-2 AMATULLAH ALIASGAR HAKIM
D-3 PAIGE ELIZABETH FEYOCK
D-4 AHMET KEREM KORKAYA
D-5 JONATHAN HONGRU ZOU
D-6 ALEXANDER MATTHEW SEPULVEDA
D-7 MARIAM MUHAMMED ODEH
D-8 COLIN HUNTER WEGER
D-9 HENRY DAVID MACKEEN-SHAPIRO
D-10 AARON HUNTER VONBARGEN
D-11 JOSEPH MARK FISHER
D-12 SRISHTI TARAN SHARMA

Defendants.

______________________________/

**STIPULATION FOR A ONE-WEEK EXTENSION TO BRIEFING DEADLINE REGARDING LANGUAGE OF THE COURT'S PROTECTIVE ORDER**

By and through their respective counsel, **THE PARTIES STIPULATE** and agree that an amendment to the briefing schedule on

the language of the Court's protective order is warranted. The parties stipulate to the following:

1. On October 21, 2026, the parties stipulated to a briefing schedule regarding the text of the protective order to be entered in this matter (ECF No. 200).
2. The parties filed their initial briefs on October 28, 2026 (ECF Nos. 212 and 213).
3. The parties' response briefs were initially due today (November 11, 2026). However, at this time, the parties now agree that an extension to this deadline is appropriate.[1]
4. The parties agree to following amendment to the briefing schedule: Parties must file their response briefs by November 18, 2026.

**IT IS SO STIPULATED.**

---

[1] Among other reasons, after the entry of the stipulated briefing schedule, four (4) new defendants have been indicted in this matter. It is in the interests of justice, efficiency, and judicial economy to allow additional time for the undersigned defense counsel to coordinate with defense counsel for the newly-indicted defendants prior to the filing of a response.

**FOR THE UNITED STATES:**

JEROME F. GORGON JR.
United States Attorney

/s/ Robert M. Kuhn
Robert M. Kuhn
Assistant United States Attorney
Robert.kuhn@usdoj.gov

**FOR THE DEFENDANTS:**

/s/ Amanda N. Bashi
Amanda N. Bashi
Counsel for D-1 Zainab Hakim
amanda_bashi@fd.org

/s/ William W. Swor
William W. Swor
Counsel for D-2 Amatullah Hakim
wwswor@wwnet.net

/s/ Molly Armour
Molly Armour
Counsel for D-3 Paige Feyock
armourdefender@gmail.com

/s/ Jamil K. Khuja
Jamil K. Khuja
Counsel for D-4 Ahmet Korkaya
khujalaw@gmail.com

/s/ Arthur J. Weiss
Arthur J. Weiss
Counsel for D-5 Jonathan Zou
arthurweiss@ajweisslaw.com

/s/ Ebony L. Ellis
Ebony L. Ellis
Counsel for D-6 Alexander Sepulveda
ebony.ellis@acrawfordlaw.com

/s/ James C. Thomas
James C. Thomas
Counsel for D-7 Mariam Odeh
jthomas@orlaw.com

/s/ John M. McManus
John M. McManus
Counsel for D-10 Aaron Hunter Vonbargen
jmcmanus@vgpclaw.com

/s/ Joshua G. Herman
Joshua G. Herman
Counsel for D-8 Colin Weger
jherman@joshhermanlaw.com

/s/ Ryan H. Machasic
Ryan H. Machasic
Counsel for D-11 Joseph Mark Fisher
ryan@machasiclaw.com

/s/ Juan A. Mateo, Jr.
Juan A. Mateo, Jr.
Counsel for D-9 Henry David MacKeen-Shapiro
mateoja@aol.com

/s/ Joan Morgan
Joan Morgan
Counsel for D-12 Srishti Tarana Sharma
joanmorganlaw@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 26-20306

Hon. Judith E. Levy

v.

D-1 ZAINAB ALIASGAR HAKIM
D-2 AMATULLAH ALIASGAR HAKIM
D-3 PAIGE ELIZABETH FEYOCK
D-4 AHMET KEREM KORKAYA
D-5 JONATHAN HONGRU ZOU
D-6 ALEXANDER MATTHEW SEPULVEDA
D-7 MARIAM MUHAMMED ODEH
D-8 COLIN HUNTER WEGER
D-9 HENRY DAVID MACKEEN-SHAPIRO
D-10 AARON HUNTER VONBARGEN
D-11 JOSEPH MARK FISHER
D-12 SRISHTI TARAN SHARMA

Defendants.

________________________________/

**ORDER GRANTING ONE-WEEK EXTENSION TO BRIEFING DEADLINE REGARDING LANGUAGE OF THE COURT'S PROTECTIVE ORDER**

Pursuant to the above stipulation of the parties,

**IT IS HEREBY ORDERED** that the briefing schedule is amended as follows: the parties may submit response briefs to the initial briefs regarding the text of the protective order to be entered in this matter (ECF Nos. 212 and 213) by November 18, 2026.

Date: November 13, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge