UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 5:26−cr−20306−JEL−EAS
Hon. Judith E. Levy

Zainab Aliasgar Hakim, et al.,

Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Zainab Aliasgar Hakim, Amatullah Aliasgar Hakim, Paige Elizabeth Feyock, Ahmet Kerem Korkaya, Jonathan Hongru Zou, Alexander Matthew Sepulveda, Mariam Muhammed Odeh, Colin Hunter Weger, Henry David Mackeen−Shapiro, Aaron Hunter Vonbargen

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- JURY TRIAL: February 9, 2027 at 08:30 AM
- FINAL PRETRIAL HEARING: January 27, 2027 at 02:00 PM

**ADDITIONAL INFORMATION:** Defendants Henry David Mackeen−Shapiro, Aaron Hunter Vonbargen are added to trial schedule

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: November 13, 2026